IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. ABBOTT, JR., #280779,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 1:14cv27-WHA |
| ) | |
| HOUSTON COUNTY ALABAMA,  ) | |
| ) | |
| Defendant.  ) | |

**ORDER AND OPINION**

On February 13, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The § 1983 claims presented against Defendant Houston County, Alabama, are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's challenge to the constitutionality of medical care he received on or before November of 2011 is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) as this claim is not filed within the time prescribed by the applicable period of limitations;

3. This case is DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this the 11th day of March, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE